GAIL C. TRABISH, ESQ. (#103482)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
Oakland, CA 94607
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendants
TARGET NATIONAL BANK and
VICKI WEST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA LIM,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TARGET NATIONAL BANK; VICKI WEST, an individual,<br><br>　　　　　Defendants. | Case No.: C10-02350 EDL<br><br>[~~PROPOSED~~] ORDER PERMITTING BRIAN R. MELENDEZ TO APPEAR AS COUNSEL PRO HAC VICE |

IT IS HEREBY ORDERED that Brian R. Melendez is permitted to appear before this Court as counsel *pro hac vice* on behalf of Defendants TARGET NATIONAL BANK and VICKI WEST, in the above-entitled action.

DATED: __9/15/2010_____     _____
                                 MAGISTRATE JUDGE
                                 UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

26437\515270

-1-

[~~PROPOSED~~] ORDER PERMITTING BRIAN R. MELENEZ TO
APPEAR AS COUNSEL PRO HAC VICE – Case No. C10-02350 EDL