GAIL C. TRABISH, ESQ. (#103482)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
Oakland, CA 94607
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendants
TARGET NATIONAL BANK and
VICKI WEST

E-filing

*RECEIVED 2010 SEP 15 P 3:51 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA LIM, | Case No.: C10-02350 EDL |
| Plaintiff, | |
| vs. | [~~PROPOSED~~] ORDER PERMITTING BRIAN MELENDEZ TO APPEAR AS COUNSEL PRO HAC VICE |
| TARGET NATIONAL BANK; VICKI WEST, an individual, | |
| Defendants. | |

IT IS HEREBY ORDERED that Brian Melendez is permitted to appear before this Court as counsel *pro hac vice* on behalf of Defendants TARGET NATIONAL BANK and VICKI WEST, in the above-entitled action.

DATED: 9/16/10

_____
MAGISTRATE JUDGE ELIZABETH D. LAPORTE
UNITED STATES DISTRICT COURT

26437\515270

-1-

[~~PROPOSED~~] ORDER PERMITTING BRIAN MELENEZ TO
APPEAR AS COUNSEL PRO HAC VICE – Case No. C10-02350 EDL