**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| CORNELIO LIM,<br>          Plaintiff, | No. C 10-2349 JCS |
| v.<br>TARGET NATIONAL BANK, et al.,<br>          Defendants.<br>_____/ | **ORDER GRANTING REQUEST FOR DEFENDANT VICKI WEST TO ATTEND THE MEDIATION TELEPHONICALLY** |
| | Date:     November 5, 2010<br>Mediator: Howard Herman |
| AURORA LIM,<br>          Plaintiff, | No. C 10-2350 EDL |
| v.<br>TARGET NATIONAL BANK, et al.,<br>          Defendants.<br>_____/ | **ORDER GRANTING REQUEST FOR DEFENDANT VICKI WEST TO ATTEND THE MEDIATION TELEPHONICALLY** |
| | Date:     November 5, 2010<br>Mediator: Howard Herman |

IT IS HEREBY ORDERED that the request for defendant Vicki West to be excused from personally attending the November 5, 2010 mediation session before Howard Herman is

///

GRANTED. Ms. West shall be available at all times to participate by telephone in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

| October 13, 2010 | By: | /s/ William Alsup |
|---|---|---|
| Dated | | William Alsup<br>United States District Judge |